**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARGARITA PEREZ | : | |
| | : | |
| v. | : | C.A. No. 07-273A |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the plaintiff, Margarita Perez, against the defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated September 9, 2008, DENYING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and GRANTING Plaintiff's Motion to Reverse the Decision of the Commissioner. Final judgment shall enter in favor of Plaintiff remanding this case for further administrative proceedings.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

September 9, 2008